

**NUMBER 13-12-00391-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

### IN RE ARLISS L. LINDER JR.

---

### On Petition for Writ of Mandamus.

---

# MEMORANDUM OPINION

### Before Chief Justices Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam[1]

Relator, Arliss L. Linder, Jr., a pro se litigant currently incarcerated in the George Beto Unit of the Texas Department of Criminal Justice-Institutional Division ("TDCJ-ID"), has filed a petition for writ of mandamus in which he contends that prison staff denied his access to supplies necessary for mailing his brief in a pending appeal. Relator asks that we issue a writ of mandamus compelling the director of TDCJ-ID to order the warden of the Beto Unit to grant him access to the supplies.

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.").

Having reviewed and fully considered relator's petition, we conclude that he has not shown himself entitled to the relief sought because we lack mandamus jurisdiction over the TDCJ-ID director.  *See* TEX. GOV'T CODE ANN. § 22.221(b) (West 2004) (limiting our mandamus jurisdiction to district and county judges).  Accordingly, the petition for writ of mandamus is DENIED.

PER CURIAM

Delivered and filed the
20th day of June, 2012.